■ MITCHELL POLEN, Appellant, v AARON FUCHS et al., Respondents. [612 NYS2d 1004] —Judgment unanimously reversed on the law without costs, motions denied, and complaint and cross claims reinstated. Memorandum: Supreme Court erred in granting defendants' motions for summary judgment dismissing the complaint and cross claims. Plaintiff raised questions of fact whether defendants breached duties of care owing to him *(see, Basso v Miller,* 40 NY2d 233, 241; *Meseck v General Elec. Co.,* 195 AD2d 798; *cf., Csukardi v Bishop McDonnell Camp,* 148 AD2d 657). Defendants Fuchs and Southwell contend that, even if they could be found negligent, plaintiff's act of walking backward while viewing the boat was a superseding cause of his injury. We disagree. At most, that conduct would constitute comparative negligence *(see, e.g., Saldarriaga v DeSantis Bros.,* 151 AD2d 270, *lv denied* 74 NY2d 613). (Appeal from Judgment of Supreme Court, Suffolk County, Cohalan, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.